UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL WILLINGHAM,<br><br>        Plaintiff,<br><br>v.<br><br>CITY OF SAN LEANDRO, et al.,<br><br>        Defendant, | Case No. C 06-3744 MMC<br><br>ORDER RE APPLICATION<br>TO PROCEED<br>IN FORMA PAUPERIS |

     ( )   IT IS ORDERED that the application to proceed in forma pauperis is GRANTED and that the Clerk issue summons.  IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the defendant.

     ( )   IT IS ORDERED that the application to proceed in forma pauperis is DENIED, and that the filing fee of $350.00 be paid no later than _____.  Failure to pay the filing fee by that date will result in dismissal of the above-entitled action without prejudice.  The plaintiff is hereby apprised of his responsibility to serve defendants with the complaint and any amendments, and the Order Setting Initial Case Management Conference and ADR Deadlines and attachments, pursuant to Rule 4 of the Federal Rules of Civil Procedure.  Plaintiff has a continuing obligation to keep the Court informed of his current address.  Failure to do so may result in dismissal of this action.

     (X)   IT IS ORDERED that the application to proceed in forma pauperis is DENIED and that plaintiff is further ordered to make partial payment of the filing fee in the amount of $ 150.00 no later than July 21, 2006.  Failure to pay this amount will result in dismissal of the above-entitled action without prejudice.  The plaintiff is hereby apprised of his responsibility to serve defendants with the complaint and any amendments, and the Order Setting Initial Case Management Conference and ADR Deadlines and attachments, pursuant to Rule 4 of the Federal Rules of Civil Procedure.  Plaintiff has a continuing obligation to keep the Court informed of his current address.  Failure to do so may result in dismissal of this action.

Dated: June 26, 2006

                                                           UNITED STATES DISTRICT JUDGE