1  Kimberly E. Colwell (SBN: 127604)
   kcolwell@meyersnave.com
2  Sara N. Pasquinelli (SBN: 233512)
   spasquinelli@meyersnave.com
3  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
4  Oakland, CA  94607
   Telephone: (510) 808-2000
5  Facsimile: (510) 444-1108

6  Attorneys for Defendant
   CITY OF SAN LEANDRO
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 | NATHANIEL WILLINGHAM, | Case No: C06-3744 (MMC)
12 |         Plaintiff, |
13 | v. | **DEFENDANT CITY OF SAN LEANDRO'S REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS, OR ALTERNATIVELY, FOR A MORE DEFINITE STATEMENT [12(b)(6) & 12(e)]**
14 | CITY OF SAN LEANDRO, a public entity; GREG CANNEDY, individually and in his representative capacity, MIKE SOBECK, individually and in his representative capacity; JOSEPH KITCHEN, individually and in his representative capacity, JOHN DOES, individually and in his representative capacity, |
15 |  |
16 |  |
17 |  | DATE:   October 20, 2006
   |  | TIME:   9:00 a.m.
   |  | DEPT:   Courtroom 7, 19th Floor
   |  | JUDGE:  Maxine M. Chesney
18 |         Defendants. |
19 |  | Complaint Filed: June 12, 2006
   |  | Trial Date: Not Yet Set

20

21

22

23

24

25

26

27

28

Defs' Reply Brief ISO Motion to Dismiss/More Definite Statement [FRCP 12(b)(6) & 12(e)] [C06-3744 (MMC)]

**REPLY BRIEF**

Defendant City of San Leandro filed its Motion to Dismiss on August 30, 2006. Plaintiff's opposition to this Motion was due on or before September 29, 2006. Defendant has received no opposition whatsoever from Plaintiff. Accordingly, Defendant requests that the Court grant the relief sought in its Motion to Dismiss in its entirety.

Dated: October 6, 2006          Respectfully submitted,

                                MEYERS, NAVE, RIBACK, SILVER & WILSON


                                By: _____/S/_____
                                    Sara N. Pasquinelli
                                    Attorney for Defendant
                                    CITY OF SAN LEANDRO

865043_v1:136.407