IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL WILLINGHAM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF SAN LEANDRO, et al.,<br><br>　　　　Defendants | No. C 06-3744 MMC<br><br>**ORDER DENYING AS MOOT DEFENDANT CITY OF SAN LEANDRO'S MOTION TO DISMISS OR, ALTERNATIVELY, FOR A MORE DEFINITE STATEMENT** |

　　　　Before the Court is defendant City of San Leandro's ("City") motion, filed August 30, 2006, to dismiss plaintiff Nathaniel Willingham's complaint or, alternatively, for a more definite statement, pursuant to Rules 12(b)(6) and 12(e), respectively, of the Federal Rules of Civil Procedure.  Also before the Court is plaintiff's motion, filed October 19, 2006, seeking an extension of time to file opposition to the City's motion.  On October 20, 2006, plaintiff filed an Amended Complaint.

　　　　A party may amend a pleading "once as a matter of course at any time before a responsive pleading is served."  See Fed. R. Civ. P. 15(a).[1]  "[A]n amended pleading supersedes the original, the latter being treated thereafter as non-existent."  Bullen v. De Bretteville, 239 F. 2d 824, 833 (9th Cir. 1956), cert. denied, 353 U.S. 947 (1957).

---

[1] A motion to dismiss is not a "responsive pleading."  See Crum v. Circus Circus Enterprises, 231 F. 3d 1129, 1130 n. 3 (9th Cir. 2000).

Accordingly, the Court hereby DENIES as moot the City's motion to dismiss or, alternatively, for a more definite statement, and DENIES as moot plaintiff's motion for an extension of time to file opposition to the City's motion.

**IT IS SO ORDERED.**

Dated: October 24, 2006

MAXINE M. CHESNEY
United States District Judge