United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NATHANIEL WILLINGHAM,

    Plaintiff,

v.

CITY OF SAN LEANDRO, et al.,

    Defendants
                                    /

No. C 06-3744 MMC

**ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR APPROPRIATE RELIEF; VACATING DECEMBER 15, 2006 HEARING; CONTINUING CASE MANAGEMENT CONFERENCE**

      Before the Court is plaintiff's "Motion for Appropriate Relief," filed December 6, 2006, by which plaintiff represents that, as a result of a family commitment in North Carolina on December 16, 2006, it would be difficult for plaintiff to attend the December 15, 2006 hearing on defendant City of San Leandro's motion to dismiss and the December 15, 2006 case management conference. Plaintiff requests that the motion to dismiss be submitted without oral argument and the case management conference be conducted by telephone.[1]

      Good cause appearing in light of plaintiff's reported unavailability on December 15, 2006, the Court hereby GRANTS plaintiff's motion in part, as follows:

      1. The December 15, 2006 hearing on defendant's motion to dismiss is hereby

---

[1] According to plaintiff, he consulted with defendant's counsel as to such requests, and counsel stated that "it was up to the Court" to decide. (See Pl.'s Mot ¶ 4.)

VACATED; the motion to dismiss will be decided on the papers submitted by the parties.

2. The Case Management Conference is hereby CONTINUED to January 26, 2007. A joint case management statement shall be filed no later than January 19, 2007. In the event that either plaintiff or defendant's counsel is unable to appear personally on January 26, 2007, the parties shall meet and confer and submit a stipulation selecting another date for the Conference.

**IT IS SO ORDERED.**

Dated: December 7, 2006

MAXINE M. CHESNEY
United States District Judge

2