IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL WILLINGHAM,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF SAN LEANDRO, et al.,<br><br>    Defendants<br>_____/ | No. C 06-3744 MMC<br><br>**ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS; SETTING CASE MANAGEMENT CONFERENCE** |

    Defendants' motion to dismiss, scheduled for hearing on March 16, 2007, is hereby CONTINUED to April 6, 2007, at 9:00 a.m.

    Additionally, on April 6, 2007, in the event the Court denies the motion to dismiss, the Court will immediately thereafter conduct a case management conference to set a trial date and pretrial deadlines.  Accordingly, the parties are hereby DIRECTED to file, no later than March 30, 2007, a Joint Case Management Statement, which statement shall, <u>inter alia</u>, include a proposed trial date and pretrial schedule.

    If any party fails to personally appear on March 16, 2007, the Court may impose sanctions, including, but not limited to, dismissal.

    **IT IS SO ORDERED.**

Dated: March 12, 2007

                                            MAXINE M. CHESNEY
                                            United States District Judge