IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL WILLINGHAM,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF SAN LEANDRO, et al.,<br><br>    Defendants<br>                                                         / | No. C 06-3744 MMC<br><br>**AMENDED ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS; SETTING CASE MANAGEMENT CONFERENCE** |

The Court's order, filed March 12, 2007, is hereby AMENDED to read: "If any party fails to personally appear on April 6, 2007, the Court may impose sanctions, including, but not limited to, dismissal," instead of "If any party fails to personally appear on March 16, 2007, the Court may impose sanctions, including, but not limited to, dismissal":

Defendants' motion to dismiss, scheduled for hearing on March 16, 2007, is hereby CONTINUED to April 6, 2007, at 9:00 a.m.

Additionally, on April 6, 2007, in the event the Court denies the motion to dismiss, the Court will immediately thereafter conduct a case management conference to set a trial date and pretrial deadlines.  Accordingly, the parties are hereby DIRECTED to file, no later than March 30, 2007, a Joint Case Management Statement, which statement shall, inter alia, include a proposed trial date and pretrial schedule.

If any party fails to personally appear on April 6, 2007, the Court may impose sanctions, including, but not limited to, dismissal.

**IT IS SO ORDERED.**

Dated: March 12, 2007

MAXINE M. CHESNEY
United States District Judge