IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL WILLINGHAM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF SAN LEANDRO, et al.,<br><br>　　　　Defendants | No. C-06-3744 MMC<br><br>**ORDER DENYING DEFENDANT'S MOTION TO DISMISS** |

　　　Before the Court is defendants' motion, filed February 9, 2007, to dismiss the above-titled action for failure to prosecute. Plaintiff has filed opposition, to which defendants have replied. The matter came on regularly for hearing April 6, 2007. Plaintiff appeared pro se. Kimberly E. Colwell and Sara N. Pasquinelli of Meyers, Nave, Riback, Silver & Wilson appeared on behalf of defendants.

　　　Having considered the papers filed in support of and in opposition to the motion, and the arguments made by the parties, the Court, for the reasons stated at the hearing, hereby DENIES the motion.

　　　**IT IS SO ORDERED.**

Dated: April 6, 2007

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　United States District Judge