IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL WILLINGHAM,<br><br>  Plaintiff,<br><br>  v.<br><br>CITY OF SAN LEANDRO, et al.,<br><br>  Defendants | No. C 06-3744 MMC<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS OR TO COMPEL DEPOSITION OF PLAINTIFF; DIRECTING PLAINTIFF TO PROVIDE DEFENDANTS WITH DATE OR DATES ON WHICH PLAINTIFF'S EXPERT IS AVAILABLE FOR DEPOSITION** |

Before the Court is defendants' "Motion to Dismiss for Failure to Prosecute or, in the Alternative, Motion to Compel Deposition of Plaintiff," filed October 5, 2007. Plaintiff has filed opposition.[1] Defendants have filed a reply. The matter came before the Court on November 9, 2007.[2] Nathaniel Willingham appeared pro se. Kevin E. Gilbert of Meyers, Nave, Riback, Silver & Wilson appeared on behalf of defendants.

Having considered the papers filed in support of and in opposition to the motion, and the arguments of the parties, the Court, for the reasons stated on the record, hereby

---

[1] Although plaintiff's opposition was not timely filed, the Court has exercised its discretion to consider said filing.

[2] Defendants noticed the motion for a November 16, 2007 hearing. During the November 9, 2007 Status Conference, the Court advanced the hearing to November 9, 2007, and conducted the hearing at that time. Accordingly, the November 16, 2007 hearing is VACATED.

GRANTS in part and DENIES in part the motion, as follows:

1. To the extent defendants seek dismissal of the action and imposition of monetary sanctions, the motion is DENIED.

2. To the extent defendants seek to compel plaintiff to appear at a deposition in Oakland, California, the motion is GRANTED, and plaintiff is hereby ORDERED to appear at a deposition to be conducted on November 16, 2007, at 8:30 a.m., at the offices of Meyers, Nave, Riback, Silver & Wilson, 555 12th Street, Suite 1500, Oakland, California.

Further, plaintiff is DIRECTED to provide to defendants, on or before November 16, 2007, one or more dates on which plaintiff's expert is available for a deposition.

**IT IS SO ORDERED.**

Dated: November 9, 2007

MAXINE M. CHESNEY
United States District Judge