**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   NATHANIEL WILLINGHAM,                    No. C-06-3744 MMC

12            Plaintiff,                      **ORDER DIRECTING DEFENDANTS TO
                                              LODGE CHAMBERS COPIES IN**
13   v.                                       **COMPLIANCE WITH GENERAL
                                              ORDER 45 AND THE COURT'S**
14   CITY OF SAN LEANDRO, et al.,             **STANDING ORDERS**

15            Defendants
                                       /
16

17          On December 4, 2007, defendants electronically filed a motion for summary

18   judgment and supporting documents.  Defendants have violated General Order 45 and the

19   Court's Standing Orders, however, by failing to deliver to the Clerk's Office "no later than

20   noon on the business day following the day that the papers are filed electronically, one

21   paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and

22   . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not

23   File.'"  See General Order 45 § VI.G; see also Standing Orders for Civil Cases Assigned to

24   the Honorable Maxine M. Chesney ¶ 2.

25          Defendants are hereby ORDERED to comply with General Order 45 and the Court's

26   Standing Orders by immediately submitting a chambers copy of the above-referenced

27   documents.  Defendants are hereby advised that if they fail in the future to comply with the

28   Court's Standing Order to provide a chambers copy of each electronically-filed document,

1  the Court may impose sanctions, including, but not limited to, striking from the record any

2  electronically-filed document of which a chambers copy has not been timely provided to the

3  Court.

4  **IT IS SO ORDERED.**

5

6  Dated:  December 12, 2007

MAXINE M. CHESNEY
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2