UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| NATHANIEL WILLINGHAM, | ) | |
|---|---|---|
| Plaintiff, | ) | NO. C-06-3744 MMC |
| -vs- | ) | ORDER |
| CITY OF SAN LEANDRO, et al., | ) | |
| Defendants. | ) | |

A telephonic conference call was held on January 16, 2008. Nathaniel Willingham appeared *pro se*; Kevin Gilbert participated on behalf of the Defendant. The Court explained that the Plaintiff's Motion to Substitute Experts (not yet on the docket) and Defendants' Motion for Summary Judgment (Ct. Rec. 79) have been referred to the undersigned for disposition. The Defendant requested that the Court continue the trial date in light of the date of the telephonic hearing. This decision rests with the Honorable Judge Maxine Chesney, but the Court indicated it would discuss the issue with the referring court. Accordingly,

**IT IS ORDERED** that:

1. Defendant shall submit the response brief to Plaintiff's Motion to Substitute Experts by **January 25, 2008.** A chambers courtesy copy shall be faxed to (509) 458-5291.

2. Plaintiff's Motion to Substitute Experts (not yet on the docket) and Defendants' Motion for Summary Judgment (Ct. Rec. 79) shall be noted for telephonic hearing on **Tuesday, February 13, 2008 at 1:30 p.m.** The parties shall call 509-458-6381 to participate in the hearing. Argument shall be limited to one hour.

ORDER - 1

The Clerk of Court is directed to file this Order and provide copies to counsel.

**DATED** this 16th day of January, 2008.

                                              s/ Wm. Fremming Nielsen
                                              WM. FREMMING NIELSEN
01-16                                SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 2