1
2
3
4
5
6
7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  NATHANIEL WILLINGHAM,                    No. C 06-3744 MMC

12          Plaintiff,                       **ORDER CONTINUING TRIAL AND PRETRIAL CONFERENCE**

13  v.

14  CITY OF SAN LEANDRO, et al.,

15          Defendants

16  _____/

17

18          Defendants' Motion for Summary Judgment having been scheduled for hearing on

19  February 13, 2008 before the Honorable Wm. Fremming Nielsen, and the pretrial

20  conference and related deadlines having been set by the undersigned for dates now

21  incompatible with the above-referenced hearing, the trial in the above-titled matter is

22  hereby CONTINUED to May 27, 2008 and the pretrial conference is hereby CONTINUED

23  to May 13, 2008, with all related pretrial deadlines adjusted in accordance with such

24  continuance.

25          **IT IS SO ORDERED.**

26

27  Dated: January 17, 2007

28                                            MAXINE M. CHESNEY
                                              United States District Judge