IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL WILLINGHAM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF SAN LEANDRO, et al.,<br><br>　　　　Defendants | No. C 06-3744 MMC<br><br>**ORDER DENYING DEFENDANTS' MOTION FOR LEAVE REQUESTING RECONSIDERATION** |

　　　　The Court is in receipt of defendants Greg Cannedy and Mike Sobek's "Motion for Leave Requesting Reconsideration," filed March 27, 2008, by which defendants seek reconsideration of the Court's order of March 19, 2008 ("Order"). Said order denied defendants' "Application for Leave to Set Hearing for Summary Judgment" ("Application"), by which defendants had requested the Court consider a second motion for summary judgment on the issue of qualified immunity.

　　　　Defendants fail to identify any cognizable basis for reconsideration of the Court's Order. See Civil L.R. 7-9 (b) (setting forth grounds for reconsideration of interlocutory order). Rather, defendants repeat the arguments made in their Application. See Civil L.R. 7-9 (c) (providing motion for leave to file motion for reconsideration may not "repeat" argument). Accordingly, for this reason alone, the motion will be denied.

　　　　Moreover, defendants' primary argument, specifically, that consideration of a second

motion on the issue of qualified immunity would conserve judicial resources because the facts "are not in dispute," (see Defs.' Mot. at 2:22), remains unpersuasive. As explained in the Order, the record before the Court at the time of defendants' first motion for summary judgment on the issue of qualified immunity discloses the existence of at least one material triable issue of fact, specifically, whether defendants could have reasonably believed plaintiff was "intoxicated at the time of his arrest for public intoxication, let alone intoxicated to such a degree that he was 'unable to exercise care for his . . . own safety or the safety of others.'" (See Order at 2:3-7 (citing Cal. Penal Code § 647(f).)  In the instant motion, defendants fail to acknowledge or address the state of the record, and, instead, assert in conclusory fashion that no facts are in dispute.[1]

Accordingly, defendants' motion is hereby DENIED.

**IT IS SO ORDERED.**

Dated: March 31, 2008

MAXINE M. CHESNEY
United States District Judge

---

[1] Defendants also argue their second motion for summary judgment was filed on a timely basis. This argument is unavailing because the Court did not deny the Application on the ground the second motion for summary judgment was untimely, but, rather, on the ground defendants failed to show good cause exists to consider, for the second time, whether defendants are entitled to qualified immunity, in light of there being triable issues of fact readily apparent from the record made in connection with the first motion raising that defense.

2