UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Nathanial Willingham,<br><br>                    Plaintiff,<br><br>          v.<br><br>City of San Leandro, et al.,<br><br>                    Defendants.<br>_____/ | No. C 06-3744 MMC   (JL)<br><br>CONTINUANCE OF<br>FURTHER SETTLEMENT<br>CONFERENCE AND ORDER |

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that the further settlement conference currently scheduled for March 21, 2008 has been continued to **Tuesday, May 13, 2008 at 10:00 a.m.,** in Judge Larson's chambers, located at the Federal Building, 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102.

At least seven (7) calendar days before the Settlement conference the parties shall deliver directly to the magistrate judge *two copies* of an updated Confidential Settlement Conference Statement which should be lodged with chambers and should not be filed with the Clerk of the Court or served upon other parties.

SETTLEMENT CONFERENCE NOTICE            1

**If the court-ordered date presents problems for parties or counsel, counsel is to contact Judge Larson's chambers directly at (415) 522-2112.**

The parties shall notify Magistrate Judge Larson's chambers immediately if this case settles prior to the date set for settlement conference.

DATED:   April 1, 2008

_____
JAMES LARSON
Chief Magistrate Judge

SETTLEMENT CONFERENCE NOTICE        2