IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL WILLINGHAM,<br><br>      Plaintiff,<br>  v.<br><br>CITY OF SAN LEANDRO et al.,<br><br>      Defendants<br>                                      / | No. C-06-3744 MMC<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR ELECTRONIC CASE FILING** |

Plaintiff having requested leave to file documents in the above-titled action electronically, and good cause appearing therefor, plaintiff's request is hereby GRANTED, on condition plaintiff register as an Electronic Case Filing User on the court's website. Specifically, plaintiff must follow the registration procedure set forth on the court's website at https://ecf.cand.uscourts.gov/cand/newreg/index.html. Once plaintiff completes the registration procedure and receives an e-filing password from the ECF Help Desk, plaintiff shall electronically file a notice stating he has received a password. If such notice is filed, defendants shall thereafter be relieved of their duty to serve plaintiff with paper copies of each electronically-filed document.

      **IT IS SO ORDERED.**

Dated: June 5, 2008

                                                      MAXINE M. CHESNEY<br>
                                                      United States District Judge