IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL WILLINGHAM, | No. C 06-3744 MMC |
| Plaintiff, | **ORDER VACATING AUGUST 1, 2008 HEARING; SETTING DEADLINE FOR DEFENDANTS TO FILE REPLY AND/OR OBJECTIONS TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SANCTIONS** |
| v. | |
| CITY OF SAN LEANDRO, et al., | |
| Defendants / | |

Before the Court is plaintiff Nathaniel Willingham's "Renewed Motion for Judgment as a Matter of Law; Alternative Motion for New Trial," filed June 16, 2008. Defendants have filed opposition, to which plaintiff has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision on the papers, and VACATES the hearing scheduled for August 1, 2008.

Also before the Court is defendants' "Motion for Discovery Sanctions Against Plaintiff," filed June 20, 2008. On July 21, 2008, plaintiff filed late opposition to such motion.[1] If defendants wish to file a reply and/or objection to plaintiff's opposition, such response shall be filed no later than August 4, 2008. The August 1, 2008 hearing on the motion for sanctions is VACATED and, as of August 4, 2008, the Court will take the motion under submission.

**IT IS SO ORDERED.**

Dated: July 28, 2008

MAXINE M. CHESNEY
United States District Judge

---

[1] Plaintiff's opposition was due no later than July 11, 2008.