**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7                    IN THE UNITED STATES DISTRICT COURT
8              FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10  NATHANIEL WILLINGHAM,                    No. C 06-3744 MMC

            Plaintiff,              **ORDER GRANTING PLAINTIFF'S**
11                                  **MOTION FOR TRANSCRIPT AT**
      v.                            **GOVERNMENT EXPENSE**
12
    CITY OF SAN LEANDRO, et al.,
13
            Defendants
14  _____/
15
16        Before the Court is plaintiff's "Motion for Transcript at Government Expense," filed

17  December 1, 2008, by which plaintiff seeks, at government expense, a transcript of the

18  proceedings conducted herein beginning May 27, 2008 and ending June 4, 2008.[1]

19  Defendants have not filed a response to the motion.  Having read and considered plaintiff's

20  motion, the Court rules as follows.

21        "Fees for transcripts furnished in [civil] proceedings to persons permitted to appeal in

22  forma pauperis shall [ ] be paid by the United States if the trial court or circuit judge certifies

23  that the appeal is not frivolous."  28 U.S.C. § 753(f).[2]  Here, the instant action included non-

24  frivolous claims, including claims for which sufficient evidence existed to present the matter

25  _____

26        [1]In plaintiff's motion, plaintiff states he seeks "a transcript covering 27 May 2008
    through 6 June 2008."  The last day of reported proceedings, however, was June 4, 2008.
27  (See Docket No. 172.)

28        [2]By order filed November 5, 2008, plaintiff's motion for leave to proceed in forma
    pauperis on appeal was granted.

1  to a trier of fact, and there is no indication that plaintiff's appeal from the judgment is

2  frivolous or would fail to present a substantial question.

3        Accordingly, the motion is hereby GRANTED.

4        Plaintiff remains obligated, however, to "file a transcript order in the district court,

5  using the district court's transcript designation form," and to "simultaneously provide a copy

6  of the designation form to the court reporter and the Court of Appeals." See Ninth Circuit

7  Court of Appeals Circuit Rule 10-3(d).[3]  Such transcript order form can be found on the

8  District Court's website, www.cand.uscourts.gov, in the "Forms" section.

9        **IT IS SO ORDERED.**

10

11  Dated:  December 17, 2008

                                        MAXINE M. CHESNEY
12                                      United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27 _____

28        [3]Plaintiff attached to the instant motion a "Transcript Purchase Order" using a form
apparently used in the Court of Appeals for the Federal Circuit.